UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMHAL TALIB ABDULLAH BEY,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>JAMES H. BUDREAU.  )<br>  )<br>Defendant.  )  | Civil Action No. 22-11990-DJC |

## ORDER OF DISMISSAL

**CASPER, J.**

For the reasons stated in the Order dated February 17, 2023, this action is dismissed.

ROBERT M. FARRELL
CLERK OF COURT

Dated: 2/17/2023                                             By /s/ Lisa Hourihan
                                                                                   Deputy Clerk